# DAVID BARNETT

# v.

# FIRST NATIONAL BANK OF OMAHA

## Case No. 3:20-cv-00337-CHB-RSE

# EXHIBIT 5

## Produced in Native Format